UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINO,<br><br>              Plaintiff,<br><br>   v.<br><br>,<br><br>              Defendant. | Case No. 21-cv-06336-JD<br><br>**ORDER RE DISMISSAL** |

Plaintiff, a detainee acting pro se, filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court. The case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: September 30, 2021

JAMES DONATO
United States District Judge